LONGYEAR, O'DEA & LAVRA, LLP
Gregory P. O'Dea, CSB No. 110966
Mark P. O'Dea, CSB No. 186061
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants, COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,
SHERIFF SCOTT R. JONES and FOLSOM POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHINDER MIKE SANWAL and KIRAN SANWAL, TRUSTEES OF THE MOHINDER & KIRAN SANWAL LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF SCOTT R. JONES CONCORD POLICE DEPARTMENT: SACRAMENTO POLICE DEPARTMENT; CALIFORNIA HIGHWAY PATROL; FEDERAL BUREAU OF INVESTIGATION; FOLSOM POLICE DEPARTMENT and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:11-CV-0187 JAM KJN PS<br><br>**JOINT STIPULATION REGARDING DEFENDANTS COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF SCOTT R. JONES and the FOLSOM POLICE DEPARTMENT'S TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON** |

Plaintiffs, MOHINDER MIKE SANWAL and KIRAN SANWAL, TRUSTEES OF THE MOHINDER & KIRAN SANWAL LIVING TRUST, and Defendants, COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SHERIFF SCOTT R. JONES and the FOLSOM POLICE DEPARTMENT pursuant to Federal Rule of Civil Procedure, §§ 6 and 83, and Local Rules 143, and 144, hereby stipulate as follows:

IT IS HEREBY STIPULATED THAT, subject to the approval of the Court, the above named

defendants are granted a thirty (30) day extension, up to and including May 20, 2011, to file a responsive pleading to the Complaint.

      IT IS SO STIPULATED.

Dated: April 26, 2011

                                                    By: */s/ Mohinder Sanwal*
                                                              MOHINDER MIKE SANWAL
                                                              Plaintiff

Dated: April 26, 2011

                                                              By: */s/ Kiran Sanwal*
                                                              KIRAN SANWAL
                                                              Plaintiff

Dated: April 26, 2011                                LONGYEAR, O'DEA & LAVRA, LLP

                                                               By: */s/ Gregory P. O'Dea*
                                                               GREGORY P. O'DEA
                                                              MARK P. O'DEA
                                                              Attorneys for Defendants
                                                              COUNTY OF SACRAMENTO;
                                                              SACRAMENTO COUNTY SHERIFF'S
                                                               DEPARTMENT; SHERIFF SCOTT R. JONES
                                                              and FOLSOM POLICE DEPARTMENT

IT IS SO ORDERED.

  DATED: April 26, 2011

                                                               KENDALL J. NEWMAN
                                                               UNITED STATES MAGISTRATE JUDGE